■ In the Matter of MELANIE C., a Child Alleged to be Neglected. MELISSA L., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [26 NYS3d 16]—

Order of fact-finding, Family Court, New York County (Susan K. Knipps, J.), entered on or about February 27, 2015, which, after a hearing, determined that respondent mother had neglected the subject child, unanimously affirmed, without costs.

A preponderance of the evidence shows that the child's physical and mental condition has been impaired or is in imminent danger of becoming impaired as a result of the mother's mental condition (*see Matter of Zariyasta S.*, 158 AD2d 45, 48 [1st Dept 1990]; *see also* Family Ct Act § 1012 [f] [i]). There is evidence that, among other things, the mother, while in the child's presence, threatened to kill herself and the child, that the mother did not take her medication on a consistent basis, and that the child had two facial injuries that were not adequately explained, as well as diaper rash that became more severe after the mother failed to fill the child's prescription (*see Matter of Madeline R.*, 214 AD2d 445, 446 [1st Dept 1995]). Family Court's credibility determinations are entitled to deference (*see Matter of Matthew O. [Kenneth O.]*, 103 AD3d 67, 76 [1st Dept 2012]).

We have considered the mother's remaining contentions and find them unavailing. Concur—Tom, J.P., Acosta, Moskowitz and Gische, JJ.